UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-087

**Nos. 23-1778, 23-1790, 23-1808, & 23-1984**

PJM Power Providers Group v. FERC
Constellation Energy Generation LLC v. FERC
Electric Power Supply Association v. FERC
NRG Power Marketing LLC v. FERC

(FERC Nos. EL23-19 & ER23-729)

Present: FREEMAN, Circuit Judge

1. Motion of Monitoring Analytics, LLC, acting in its role as the Independent Market Monitor for PJM, to intervene in support of FERC

2. Response in Opposition by Petitioner Constellation Energy Generation LLC to intervention motion of Monitoring Analytics, LLC

3. Reply by Monitoring Analytics, LLC

4. Motion of Vistra Corp. to intervene in support of Petitioners in Nos. 23-1778, 23-1790, & 23-1808

5. Motion of Vistra Corp. to intervene in support of Petitioner in No. 23-1984

6. Motion by FERC for extension of time to file record until September 5, 2023

7. Petitioners' opposition to FERC's extension motion, and cross-motion proposing briefing schedule

8. FERC's reply and opposition to Petitioners' cross-motion

9. Motion of the American Clean Power Association, the Solar Energy Industries Association, and Advanced Energy United to intervene in support of Petitioners

10. Reply by Petitioners to response to cross-motion proposing briefing schedule

Respectfully,
Clerk

_____ORDER_____
All of the foregoing motions to intervene are granted.

The FERC's motion for an extension of time to file the agency record is granted. The FERC must file the agency record in these consolidated appeals no later than September 5, 2023.

Petitioners' cross-motion proposing briefing schedule is denied.

The parties shall submit a joint proposed briefing schedule to the Court no later than September 12, 2023.

By the Court,

s/ Arianna J. Freeman
Circuit Judge

Dated: July 10, 2023

kr/cc: All Counsel of Record